UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-62027-CIV-JORDAN

| | |
|---|---|
| JEROME SHAFFER and SHARON SHAFFER, | ) ) |
| Plaintiffs | ) ) ) |
| vs. | ) |
| SB HOTEL ASSOCIATES, *et al.* | ) ) ) |
| Defendant | ) |

**ORDER REQUIRING RESPONSE**

Before this case was removed, a number of the defendants had filed a motion to dismiss the complaint. *See* Notice of Removal, Ex. E. This motion was filed in March of 2009, more than a year ago. As far as I can tell, the plaintiffs have yet to respond to the motion to dismiss. Accordingly, the plaintiffs shall respond to the motion by June 29, 2010, or the case will be dismissed for lack of prosecution.

DONE and ORDERED in chambers in Miami, Florida, this 17th day of June, 2010.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record