UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-62027-CIV-JORDAN

| | |
|---|---|
| JEROME SHAFFER and SHARON SHAFFER, <br> Plaintiffs <br> vs. <br> SB HOTEL ASSOCIATES, et al., <br> Defendants | ) ) ) ) ) ) ) ) ) ) |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING CASE**

On June 17, 2010, I ordered the plaintiffs to respond to the motion to dismiss the plaint filed before this case was removed on or before June 29, 2010. As of today, the plaintiffs have not responded. Accordingly, this case is DISMISSED WITHOUT PREJUDICE for lack of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962) (holding that district court was within its discretion in dismissing case *with* prejudice based on a party's failure to comply with court orders).

Any and all motions are DENIED AS MOOT.

This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 15th day of July, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record